IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RODNEY TOW, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-3700 |
| | § | |
| AMEGY BANK N.A., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The defendants' motions to exclude Saul Solomon as a testifying witness for the Trustee, Rodney Tow, (Docket Entry Nos. 220, 222, 240), were addressed in a hearing held on November 26, 2013. Based on the motions, the responses, the record, and extensive arguments of counsel, and for the reasons stated on the record during the hearing, the motions to exclude Solomon's testimony are denied.

SIGNED on December 5, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge