IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RODNEY TOW, TRUSTEE, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. H-11-3700 |
| | § |
| AMEGY BANK N.A., *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER

Amegy Bank National Association and Amegy Mortgage Company, L.L.C.'s motion to exclude J.F. "Chip" Morrow as a testifying witness for the trustee, Rodney Tow, (Docket Entry No. 207), is denied.

SIGNED on December 6, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge